# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Becky Lynn Kantner, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | No. CV 08-625 TUC JMR (GEE) |
| vs. | ) | **ORDER** |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This case involves an appeal by Plaintiff from the Commissioner's denial of social security benefits. On June 23, 2009, Plaintiff filed a motion for summary judgment (Doc. No 13). On September 21, 2009, the Commissioner filed his answering brief (Doc. No. 17). On January 19, 2010, after a thorough and well-documented analysis, Magistrate Judge Edmonds issued a Report and Recommendation ("R&R") to this Court. Neither party filed an objection to the R&R. Magistrate Judge Edmonds recommended that this Court deny the Plaintiff's Motion for Summary Judgment.

When there are no objections to the R&R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Edmonds' recommendations are not

clearly erroneous or contrary to law.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of Magistrate Judge Edmonds (Doc. No. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**, and the Commissioner's final decision in this matter is **AFFIRMED**.

**The Clerk of Court is directed to issue judgment accordingly and close this case**.

DATED this 4th day of February, 2010.

_____
John M. Roll
Chief United States District Judge